No. 89–6534.   CASE *v.* MONDRAGON, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 89–6537.   LEWIS *v.* RUSSE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–6541.   WATTS *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–6542.   PHILLIPS, AKA SHABAZZ *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 89–6543.   RIVERA *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 89–6544.   SCOTT *v.* HEATH ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–6550.   O'HALLORAN *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–6552.   HUMMEL *v.* JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 89–6553.   GAUNCE *v.* BURGENER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–6555.   HUTCHERSON *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 89–6556.   MCCONE *v.* SAGEBRUSH PROPERTIES, INC., ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–6557.   MINDEK *v.* PENNSYLVANIA.   Ct. Common Pleas, Washington County, Pa.   Certiorari denied.

No. 89–6558.   HARDING *v.* DELAWARE.   Sup. Ct. Del.   Certiorari denied.

No. 89–6566.   DICE *v.* TRIPPETT, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–6567.   ALMOND *v.* COWLEY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.